IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SURESH SHARMA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BOARD OF TRUSTEES OF THE ) <br> UNIVERSITY OF ILLINOIS; TODD VAN ) <br> NECK, Associate Dean of Administration, ) <br> University of Illinois (Chicago campus, ) <br> College of Medicine), in his official and ) <br> individual capacity; and BENJAMIN VAN ) <br> VOORHEES, Head of Department of ) <br> Pediatrics, University of Illinois (Chicago ) <br> campus, College of Medicine), in his official ) <br> and individual capacity, ) <br> ) <br> Defendants. ) | Case No. 1:17-cv-07378 <br> Consolidated with Case No. 17-cv-08003 <br><br> The Honorable Lindsay C. Jenkins <br><br> Magistrate Judge Susan E. Cox |

## JOINT STATUS REPORT

Plaintiff SURESH SHARMA ("Plaintiff"), by and through his attorneys, and Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ("The Board"), TODD VAN NECK ("Van Neck") and BENJAMIN VAN VOORHEES ("Van Voorhees") (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as "the Parties"), by and through their attorneys, respectfully provide the following Joint Status Report pursuant to the Court's December 4, 2023 minute entry (ECF No. 247):

1. Defendants' Bill of Costs has been fully briefed by the Parties.

2. The Parties have been participating in the Seventh Circuit Rule 33 process and are currently finalizing the details of their resolution of all disputes which they anticipate will obviate the need for a ruling on Defendants' Bill of Costs.

| | |
|---|---|
| Date: February 8, 2024 | Respectfully submitted: |
| **PLAINTIFF SURESH SHARMA** | **DEFENDANTS THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, TODD VAN NECK AND BENJAMIN VAN VOORHEES** |
| By: /s/ Jorge Sanchez (w/Consent)<br>One of His Attorneys | By: /s/ Jennifer H. Kay<br>One of Their Attorneys |
| Jorge Sanchez (ARDC No. 6244796)<br>**LOPEZ & SANCHEZ LLP**<br>77 W. Washington St., Ste. 1313<br>Chicago, Illinois 60602<br>Telephone: (312) 420-6784<br>*jsanchez@lopezsanchezlaw.com* | Timothy A. Wolfe (ARDC No. 6198805)<br>Katherine A. Manuel (ARDC No. 6315551)<br>Jennifer H. Kay (ARDC No. 6226867)<br>**OGLETREE, DEAKINS, NASH,**<br>  **SMOAK & STEWART, P.C.**<br>155 North Wacker Drive, Ste. 4300<br>Chicago, Illinois 60606<br>Telephone: (312) 558-1220<br>*timothy.wolfe@ogletree.com*<br>*katherine.manuel@ogletree.com*<br>*jennifer.kay@ogletree.com* |
| Lisa L. Clay (ARDC No. 6277517)<br>Attorney at Law<br>2100 Manchester Rd., Ste. 1612<br>Wheaton, Illinois 60187<br>Telephone: (630) 456-4818<br>*lisa@clayatlaw.com* | |