# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Suresh Sharma

                                            Plaintiff,

v.                                                                    Case No.: 1:17–cv–07378

                                                                    Honorable Lindsay C. Jenkins

Board of Trustees of the University of Illinois, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Based on the parties' status report regarding their pending resolution of all disputes (including the bill of costs), the motion [238] is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.